831 F.2d 1057
 Anderson (Charles M.)
v.
Middleton (Thomas J.), MacKall (Henry C.), MacKall, Mackall,
Walker & Silver, Bowman (Donald L.), Donald L. Bowman, Law
Office, Vannoy (Eugene), American Paving & Construction Co.,
Orndorff (Eleanor), Dawson (Joy R.), Platt & Dawson,
Griffith (Lewis), Fortkort (Thomas), Bryan (Albert V.,
Hon.), Daniel (Rhetta M.), Hirsch (Harry W.), Harp (Reno S.,
III), Whitmore (Theresa), Johnson (Rebekah)
 NO. 87-2057
 United States Court of Appeals,
Fourth Circuit.
 OCT 13, 1987
 
 1
 Appeal From: E.D.Va.
 
 
 2
 VACATED AND REMANDED.